# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTEN A. BULL,** <br><br> v. <br><br> **ST. JUDE MEDICAL, INC.** | **CIVIL ACTION** <br><br> **NO. 17-1141** |

## ORDER RE: MOTION TO DISMISS AMENDED COMPLAINT

AND NOW, this 12th day of July, 2018, having considered the Motion to Dismiss the Amended Complaint (ECF 23) of Defendant St. Jude Medical, Inc., and the response and reply thereto, and for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Christina.2017\Bull v. St. Jude Medical (17-1141)\17-1141_MTD Order.docx